RECEIVED
FEB 0 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

*5 - 36164*

**CASE INFORMATION:**
Short Case Title:  Lawrence A Murakami v University Of Alaska ET AL
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.:  Ralph R Beistline  F03-0041 CV (RRB)
Date Complaint/Indictment/Petition Filed:  12/05/03
Date Appealed Order/Judgment *entered*:
Date NOA *filed*:  11/28/05
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)     __pending

Court Reporter(s) Name and Phone Number:  Tina J Grothause (907)451-5791

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:  Y       Date Docket Fee billed:  __
Date FP granted:  _        Date FP denied:  __
Is FP pending?  _no        Was FP Limited/Revoked?
US Government Appeal?   _no
Companion Cases?  Please list:  __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION: (please include e-mail address and fax number)**
Appellate Counsel:                    Appellee Counsel:
Robert Sparks                         William Schendel
1552 Noble St                         301 Cushman St Ste 200
Fairbanks, AK 99701                   Fairbanks, AK 99701
(907)451-0875                         (907) 451-6510

 X _retained    __CJA    __FPD    __FPD    __Other     Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID:  __        Address:  __
Custody:  __              __
Bail:  __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid:  __        9th Circuit Docket Number:  __

Name and phone number of person completing this form:   Tina J Grothause (907)451-5791
                                                         __