UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 16 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

LAWRENCE A. MURAKAMI,

Plaintiff - Appellant,

v.

UNIVERSITY OF ALASKA; et al.,

Defendants - Appellees.

No. 05-36164

D.C. No. CV-03-00041-RRB
District of Alaska,
Fairbanks

ORDER

RECEIVED
FEB 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

Jamie O'Connell
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 16 2006

by: Deputy Clerk

S:\MOATT\Clrkords\02.06\joc\05-36164.wpd